UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALICE FORESTIERE,

    Plaintiff,

v.

ALI BAZZI, et al.,

    Defendants.

Case No. 20-cv-03543-WHO

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 32

On June 8, 2021, Magistrate Judge Donna M. Ryu issued a Report and Recommendation, recommending the court grant plaintiff's motion for default judgment and award $10,000 in actual damages. Dkt. No. 32. Objections were due on or before June 22, 2021. As of today's date, no objection or other response has been filed by any party.

Having reviewed the record in this case, I agree with Magistrate Judge Ryu's Report and Recommendation and adopt it in full. It is HEREBY ORDERED that default judgment is entered against defendants in the amount of $10,000. Plaintiff shall serve a copy of this order on defendants.

**IT IS SO ORDERED.**

Dated: June 25, 2021

William H. Orrick
United States District Judge